IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALKEEM J. BRITT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:21-CV-245-WHA-CSC |
| HOUSTON COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) |

### **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on August 12, 2021. Doc. 21. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 10th day of September 2021.

                         /s/   W. Harold Albritton
                         W. HAROLD ALBRITTON
                         SENIOR UNITED STATES DISTRICT JUDGE